# UNITED STATES DISTRICT COURT
for the

District of Nebraska

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 8:10CR13 |
| Robert E. Helm ) | USM No: 23180-047 |
| ) | |
| Date of Original Judgment: 11/15/2010 ) | |
| Date of Previous Amended Judgment: ) | David R. Stickman |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   11/15/2010   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   02/25/2016

*Judge's signature*

Laurie Smith Camp, Chief U.S. District Judge

Effective Date: _____
*(if different from order date)*           *Printed name and title*

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: Robert E. Helm
CASE NUMBER: 8:10CR13
DISTRICT: District of Nebraska

## I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

Previous Total Offense Level: _____    Amended Total Offense Level: _____
Criminal History Category: _____    Criminal History Category: _____
Previous Guideline Range: _____ to _____ months    Amended Guideline Range: _____ to _____ months

## II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ The reduced sentence is above the amended guideline range.

## III. ADDITIONAL COMMENTS

Because the Defendant is classified as a career offender and therefore not eligible for a sentence reduction pursuant to Amendment 782, the Defendant's pro se Motion to Appoint Counsel and to Reduce Sentence - USSC Amendment (Filing No. 54) is denied; and the Federal Public Defender's Motion to Withdraw (Filing No. 58) is granted.